**Order entered March 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00276-CV

### IN RE PETER BEASLEY, Relator

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13433**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** relator's motion for temporary relief as moot. We **ORDER** relator to bear the costs

of this original proceeding.


/s/    BILL WHITEHILL
        JUSTICE